# UNITED STATES DISTRICT COURT

for the

Western   District of   Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 7:06CR00098-009 |
| David Allan King | ) USM No: 12454-084 |
| | ) |
| Date of Previous Judgment: November 14, 2007 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 0 9 2008

BY: JOHN F. CORCORAN, CLERK
DEPUTY CLERK

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: _____ | | Amended Offense Level: _____ | |
| Criminal History Category: _____ | | Criminal History Category: _____ | |
| Previous Guideline Range: _____ to _____ months | | Amended Guideline Range: _____ to _____ months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Guidelines computations for the defendant did not include any quantity of crack cocaine, only quantities of cocaine powder, marijuana, anabolic steroids, and ketamine. As the defendant was not sentenced under the crack cocaine guidelines, the 2007 amendments to those guidelines do not affect his sentencing range. Thus, he is not eligible for a sentence reduction under those amendments.

Except as provided above, all provisions of the judgment dated ___11/14/2007___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 9, 2008 _____

_____
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title